May 25, 1979

No. A–1025. SPENKELINK *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA, ET AL. C. A. 5th Cir. Application for stay of execution, presented to MR. JUSTICE POWELL and by him referred to the Court, denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant the stay. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this application.